DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC WEINBERGER,**
Appellant,

v.

**ENB PROPERTIES, LLC,**
Appellee.

No. 4D2022-2956

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. CACE14-004643.

Kenzie N. Sadlak of Kenzie N. Sadlak, PA, Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***